Case: 1:24-mj-182
Assigned To: Magistrate Judge Zia M. Faruqui
Assign. Date : 5/22/2024
Description: COMPLAINT WITH ARREST WARRANT

## STATEMENT OF FACTS

I, ▇▇▇▇▇▇▇▇▇▇, am a Special Agent with the Federal Bureau of Investigation. In my duties as a special agent, I investigate violations of federal law. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection.  Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of

violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

Identification of Chad Hedgcock

Since January 6, 2021, the FBI has been investigating and identifying those who were inside of the Capitol without authority and disrupted the proceedings. During that investigation, and pursuant to legal process, the FBI learned that a device associated with a particular telephone number ending in 8491 (the 8491 number) was present near or inside of the Capitol on January 6, 2021.

Legal process to the service provider for the 8491 number identified the user from May of 2019 to August of 2022 as Chad Hedgcock.  Those records contained an address for Hedgcock in in Ooltewah, Tennessee.

In addition, social media users assigned individuals who were at the Capitol on January 6, 2021 nicknames and/or numbers for ease of reference.  The individual in Image 1, below, was assigned "Insider 2281."



*Image 1:* Screenshot from Capitol security footage
showing the individual preliminarily identified as Insider 2281 circled in yellow

I conducted an internet search for Chad Hedgcock and found website containing an article titled "Mom arrested for no chin diaper says 'tyranny stops now'."  The article includes an image identifying the husband of the woman arrested as Chad Hedgcock.



*Image 2:* Screenshot from website[1] with article including a picture of Chad Hedgcock

That same website contains a November 5, 2020 interview with the woman about her experience being required to wear a mask at a medical center. The photograph accompanying the webpage hosting the interview shows a couple with five children. The man in the image is wearing a red baseball hat with the words "Keep America Great" stitched on in white lettering and appears to be the same individual as in Image 2.

---

[1] https://tntrafficticket.us/2022/02/mom-arrested-for-no-chin-diaper-says-tyranny-stops-now/



*Image 3:* Image available on Tulis Report[2]

The same website contained an additional image of a man identified as Chad Hedgcock with the same woman.



*Image 4:* Image available on Tulis Report[3]

---

[2] https://tntrafficticket.us/2020/11/mom-forced-under-mask-sobs-herself-into-seizures/.
[3] https://tntrafficticket.us/2020/12/letters-urging-mandamus-action-hit-tn-supreme-court/

Additional internet searches revealed a Flickr account associated with the name Chad Hedgcock. That account contains a number of publicly available photographs, including an image of a man and woman who appear to be the same individuals depicted in Images 3 and 4 (above).



***Image 5:*** Screenshot of photograph from Flickr account associated with Chad Hedgcock[4]

According to Tennessee Property Viewer, Chad Hedgcock and a woman with the same name as the woman featured in the above-mentioned articles own a single family home in Cleveland, Tennessee. On February 14, 2022, an FBI agent attempted to interview Chad Hedgcock at the residence in Cleveland, Tennessee. The agent spoke to Chad Hedgcock in person. The agent asked Hedgcock if he entered the Capitol building on January 6, 2021, and Hedgcock declined to answer any questions.

On August 23, 2022, a Task Force Officer attempted to interview Chad Hedgcock at his residence in Cleveland, Tennessee. That Officer approached the residence and observed Chad Hedgcock in the yard. A woman who appeared to be the woman depicted in Images 3, 4, and 5 was also present. Chad Hedgcock declined to be interviewed, stating "We don't talk to cops." Further, based upon the investigation, including the Task Force Officer's personal interaction with Chad Hedgcock on August 23, 2022, the Task Force Officer believes that the individual identified as "Insider 2281" is Chad Hedgcock.

Chad Hedgcock's Conduct on January 6, 2021

By reviewing security footage from the Capitol, I observed Chad Hedgcock enter the Capitol building through the Parliamentarian Doors at approximately 2:55 p.m. on January 6, 2021. He appears to be holding up a cellphone and recording while entering the Capitol.

---

[4] https://www.flickr.com/photos/162563984@N07/



*Image 6:* Screenshot from Capitol security footage
showing Chad Hedgcock (circled in red) entering the Capitol at approximately 2:55 p.m.



*Image 7:* Screenshot from Capitol security footage
showing Chad Hedgcock (circled in red) entering the Capitol at approximately 2:55 p.m.

Chad Hedgcock continued down the hallway. At some point, Hedgcock removed his gloves and backpack (seen above in Images 6 and 7). Hedgcock exited the Capitol through the Parliamentarian Door at approximately 3:00 p.m. as police expelled rioters from the building.



*Image 8:* Screenshot from Capitol security footage showing Chad Hedgcock (circled in red) before exiting the Capitol at approximately 3:00 p.m.



*Image 9:* Screenshot from Capitol security footage showing Chad Hedgcock (circled in red) before exiting the Capitol at approximately 3:00 p.m.

An image from another rioter's phone shows Chad Hedgcock exiting the building.



***Image 10:*** Image from another rioter's cellphone
showing Chad Hedgcock (circled in red) after exiting the Capitol

An open-source video shows Chad Hedgcock shortly after exiting the Capitol after putting on a pair of sunglasses:



***Image 11:*** Screenshot from open source video[5] showing Chad Hedgcock after exiting the Capitol

At approximately 3:13 p.m., Chad Hedgcock approached the Senate Wing Door but did not re-enter the Capitol building.



***Image 12:*** Screenshot from Capitol security footage showing Chad Hedgcock (circled in red) approaching the Senate Wing Door at approximately 3:13 p.m.

---

[5] https://www.youtube.com/watch?v=Ag28zrVKqfg&t=5562s at 1:32:43

Based on the foregoing, your affiant submits that there is probable cause to believe that Chad Hedgcock violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that Chad Hedgcock violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.



Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 22nd day of May 2024.

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE